Robert K. Phillips – 135088
Mana Ettefagh - 304381
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California   94111
Telephone:  (415) 278-9400
Facsimile:    (415) 278-9411

Attorneys for Defendant,
WALMART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHINI SUNDARAM and ANAND CHANDRAN,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. and DOES 1 to 10,<br><br>Defendants. | Case No. 3:20-cv-2671<br><br>(Alameda County Superior Court Case No. RG20056779)<br><br>**DEFENDANT WALMART INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, Defendant WALMART INC., by and through its counsel of record, the law office of PHILLIPS, SPALLAS & ANGSTADT, LLP is informed, believes and thereon certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: April 17, 2020            **PHILLIPS SPALLAS & ANGSTADT LLP**

By: _____
   Robert K. Phillips
   Mana Ettefagh
   Attorneys for Defendant
   WALMART INC.

- 1 -
DEFENDANT WALMART INC.'S CERTIFICATE OF INTESTED ENTITIES OR PERSONS